UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAXIMO ENCARNACION,**

    **Plaintiff,**

**v.**                                                    **Case No: 6:18-cv-682-Orl-41KRS**

**DANNIX PAINTING LLC,**

    **Defendant.**

                                        /

**ORDER**

THIS CAUSE is before the Court on the Renewed Joint Motion for Approval of Settlement Agreement (Doc. 15). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 16), in which she recommends granting the motion in part. The parties filed a joint Notice of Non-Objection (Doc. 17).

After a *de novo* review of the record, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement Agreement (Doc. 15) is **GRANTED in part**.

3. The Amended Settlement Agreement as revised in the Report and Recommendation is **APPROVED.**

4. Counsel is prohibited from withholding any portion of the $2,000.00 payable to Plaintiff pursuant to a contingent fee agreement or otherwise.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2018.



Copies furnished to:

Counsel of Record